MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA 92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff Angel Lopez

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL LOPEZ, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALL-PRO BAIL BONDS INC., A CALIFORNIA CORPORATION; ,<br><br>Defendant. | Case No.: 3:14-cv-04053-EMC<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that this entire case has settled. The settlement is conditional. A stipulation of dismissal will be filed within 30 days following this notice.

DATED: January 8, 2015

LAW OFFICES OF MICHAEL TRACY

/s/ Michael Tracy

By: _____
MICHAEL TRACY, Attorney for Plaintiff Angel Lopez

```
IT IS SO ORDERED that
the CMC is reset from
1/15/15 to 2/26/15 at 9:30
am.  An updated joint CMC
statement due 2/19/15.

_____
Edward M. Chen
U.S. District Judge
```

-1-
NOTICE OF SETTLEMENT